[jiffyord] [Bench Order +]

ORDERED.

Dated: May 13, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Case No.
                                                    8:21−bk−01249−CPM
                                                    Chapter 13

Len Gale

_____Debtor*_____/

**ORDER DENYING MOTION TO STRIKE OBJECTION TO CONFIRMATION OF PLAN (DOC. 59) FILED ON 04/28/2021 AND REQUEST FOR EVIDENTIARY HEARING**

THIS CASE came on for hearing on May 12, 2021 , for consideration of the **Motion to Strike Objection to Confirmation of Plan (Doc. 59) filed on 04/28/2021 and Request for Evidentiary Hearing** (Doc. **64** ), filed by **Debtor Len Gale** .

For the reasons stated orally and recorded in open court, the Motion to Strike Objection to Confirmation of Plan (Doc. 59) filed on 04/28/2021 and Request for Evidentiary Hearing is Denied .

(Bank of New York Mellon as Trustee for Structured Asset Mortgage Investments II Trust 2006−AR5, Mortgage Pass−Through Certificates, Series 2006−AR5)

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.